UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ZLOOP INC** | **CASE NO. 6:18-CV-00031 LEAD** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **PHELPS DUNBAR L  LP ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**<u>ORDER</u>**

  Considering the transfer to this Court of the above-captioned action on January 9, 2018, formerly Case No. 2:17-cv-08067, United States District Court, Eastern District of Louisiana,

  IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

    (1) File an Application to Practice in this Court;

    (2) File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

    (3) Secure substitute counsel admitted to practice in this court for the party presently being represented.

  THUS DONE in Chambers on this __10th__ day of __January__, 2018.

Carol B. Whitehurst
United States Magistrate Judge
