UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ZLOOP, INC. | CIVIL ACTION NO. 6:18-cv-00031 (Lead) |
| | 6:18-cv-00032 (Member) |
| VERSUS | JUDGE JUNEAU |
| PHELPS DUNBAR LLP, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, the defendants' motions to dismiss (Rec. Doc. 7 in Civil Action No. 6:18-cv-00032 and Rec. Docs. 19 and 45 in Civil Action No. 6:18-cv-00031) are GRANTED IN PART and DENIED IN PART; more particularly, the motions are GRANTED with regard to the plaintiff's claim for aiding and abetting the breach of fiduciary duties but DENIED in all other respects.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 29th day of April, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE